### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL CITY CORPORATION SECURITIES, DERIVATIVE & ERISA LITIGATION | ) ) MDL No.: 2003<br>) Case No.: 1:08-nc-70015<br>)<br>) |
| This document is applicable to:<br>*Reagan v. National City Corp., et al.* | ) JUDGE SOLOMON OLIVER, JR.<br>) |

### WITHDRAWAL OF MOTION TO REMAND

Plaintiff B.H. Reagan hereby withdraws his Motion to Remand, originally filed in the

United States District Court for the Southern District of Florida on October 2, 2008.

Dated: March 3, 2009

Respectfully submitted,

BERMAN DEVALERIO

Michael J. Pucillo
E-mail:  mpucillo@bermandevalerio.com
[Florida Bar Registration No. 261033]
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL  33410
Telephone:     (561) 835-9400
Facsimile:     (561) 835-0322

and

Abigail R. Romeo
E-mail:  aromeo@bermandevalerio.com
[Massachusetts Bar Registration No. 657680]
1 Liberty Square
Boston, MA 02109
Telephone:     (617) 542-8300
Facsimile:     (617) 542-1194

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 3, 2009, a copy of the foregoing

Withdrawal of Motion to Remand was filed electronically with the Court.  Notice of this filing

will be sent by operation of the Court's electronic filing system to all parties indicated on the

electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may

access this filing through the Court's system.

Abigail R. Romeo
E-mail:  aromeo@bermandevalerio.com
[Mass. Bar Registration No. 657680]
1 Liberty Square
Boston, MA 02109
Telephone:     (617) 542-8300
Facsimile:     (617) 542-1194