IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL CITY CORPORATION SECURITIES, DERIVATIVE & ERISA LITIGATION | ) MDL No.: 2003 ) Case No.: 1:08-nc-70015 ) ) |
| This document is applicable to: *Reagan v. National City Corp., et al.* | ) JUDGE SOLOMON OLIVER, JR. ) ) |

## JOINT MOTION FOR ORDER REGARDING SCHEDULE

Plaintiff B.H. Reagan and Defendants, by and through their respective counsel, hereby request the Court enter an order regarding scheduling that:

1. Defendants shall have sixty (60) days from entry of this Court's order in which to answer or otherwise respond to the Class Action Complaint, filed August 26, 2008.

2. If Defendants move with respect to the complaint, Plaintiff shall file his opposition to Defendants' motion within sixty (60) days.

3. Defendants shall file their reply within thirty (30) days of Plaintiff's opposition.

CLI-1694590v1

Dated: March 3, 2009

BERMAN DEVALERIO

_/s/ A. Romeo_
Michael J. Pucillo
E-mail: mpucillo@bermandevalerio.com
[Florida Bar Registration No. 261033]
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL  33410
Telephone:  (561) 835-9400
Facsimile:  (561) 835-0322

and

Abigail R. Romeo
[Massachusetts Bar Registration No. 657680]
E-mail: aromeo@bermandevalerio.com
1 Liberty Square
Boston, MA  02109
Telephone:  (617) 542-8300
Facsimile:  (617) 542-1194

*Attorneys for Plaintiff*

Respectfully submitted,

JONES DAY

_/s/ Adrienne Ferraro Mueller_
John M. Newman, Jr.
E-mail: jmnewman@jonesday.com
[Ohio Bar Registration No. 0005763]
Geoffrey J. Ritts
E-mail: gjritts@jonesday.com
[Ohio Bar Registration No. 0062603]
Adrienne Ferraro Mueller
E-mail: afmueller@jonesday.com
[Ohio Bar Registration No. 0076332]
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

*Attorneys for Defendants National City Corporation, David A. Daberko, Jeffrey D. Kelly, Thomas A. Richlovsky, Jon E. Barfield, James S. Broadhurst, Christopher M. Connor, Bernadine P. Healy, S. Craig Lindner, Paul A. Ormond, Gerald L. Shaheen, Jerry Sue Thornton, Morry Weiss and David L. Zoeller*

**It is so ordered.**

_____
Judge Solomon Oliver, Jr.
United States District Judge

CLI-1694590v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 3, 2009, a copy of the foregoing Joint Motion for Order Regarding Schedule was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*/s/ Adrienne Ferraro Mueller*
Adrienne Ferraro Mueller
E-mail: afmueller@jonesday.com
[Ohio Bar Registration No. 0076332]
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

*One of the attorneys for Defendants National City Corporation, David A. Daberko, Jeffrey D. Kelly, Thomas A. Richlovsky, Jon E. Barfield, James S. Broadhurst, Christopher M. Connor, Bernadine P. Healy, S. Craig Lindner, Paul A. Ormond, Gerald L. Shaheen, Jerry Sue Thornton, Morry Weiss and David L. Zoeller*