UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re NATIONAL CITY CORPORATION, SECURITIES, DERIVATIVE & ERISA LITIGATION | ) ) ) ) ) | Case No.: 1:08 nc 70000 |
| This Document Relates To: | ) ) | JUDGE SOLOMON OLIVER, JR. |
| *Reagan v. National City Corporation, et al* (1:08-nc-70015) | ) ) | ORDER |

Plaintiff B. H. Reagan ("Plaintiff") and Defendants National City Corporation, David A. Daberko, Jeffrey D. Kelly, Thomas A. Richlovsky, Jon E. Barfield, James S. Broadhurst, Christopher M. Connor, Bernadine P. Healy, S. Craig Lindner, Paul A. Ormond, Gerald L. Shaheen, Jerry Sue Thornton, Morry Weiss, and David L. Zoeller (collectively, "Defendants") filed a Joint Motion Regarding Scheduling (ECF No. 20). The court grants in part and denies in part this Motion. The court sets the schedule as follows:

1. Defendants shall have thirty (30) days from the entry of this Order to answer or otherwise respond to the Class Action Complaint filed on August 26, 2008;

2. If Defendants move with respect to the complaint, Plaintiff shall file his opposition to Defendants' motion within thirty (30) days; and

3. Defendants shall file their reply within fifteen (15) days of Plaintiff's opposition.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

October 8, 2009